# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 15, 2009

Marilyn Kelly,
Chief Justice

137124

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 137124
COA: 284210
Osceola CC: 97-002774-FH

HERMAN LEE FULTON,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 3, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The issue that the defendant seeks to raise with regard to the denial of his successive motion for relief from judgment must first be presented in an application for leave to appeal to the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 15, 2009

_____
Clerk

p0108